# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1966
_____

E.L.J., Father of A.J. and B.J.,
Each A Minor Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

October 11, 2019

PER CURIAM.

AFFIRMED. *See Santosky v. Kramer*, 455 U.S. 745, 769 (1982) (holding that the clear and convincing evidence standard may be used to terminate parental rights as the standard "adequately conveys to the factfinder the level of subjective certainty about [its] factual conclusions necessary to satisfy due process").

B.L. THOMAS, BILBREY, and M.K. THOMAS, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Ryan Thomas Truskoski, Orlando, for Appellant.

Ward L. Metzger, Department of Children and Families, Jacksonville, Thomasina F. Moore, Statewide Director of Appeals and Sara Elizabeth Goldfarb, Senior Attorney, Appellate Division, Guardian ad Litem Program, Tallahassee, for Appellee.